IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MAURICE TRAMMELL          PLAINTIFF

v.          Civil No. 4:18-cv-04102

OFFICER RAUCH, Hempstead County; and
OFFICER PENEGRASS, Hempstead County          DEFENDANTS

## ORDER

Plaintiff Maurice Trammell proceeds in this action *pro se* and *in forma pauperis* pursuant to 42 U.S.C. § 1983. Currently before the Court is Defendants Officer Rauch and Officer Penegrass' Motion to Compel. (ECF No. 10). Plaintiff has not responded.

In their motion Defendants state, they first propounded Interrogatories and Requests for Production of Documents to Plaintiff on July 30, 2018. The discovery included a request for a medical authorization. Plaintiff did not respond. On September 11, 2018, Defendants attempted to resolve the discovery dispute in good faith without court intervention and sent correspondence to Plaintiff requesting his past due discovery responses within ten days to avoid filing a motion to compel. To date, Plaintiff has not responded to Defendants' requests.

Under the Federal Rules of Civil Procedure, Plaintiff is afforded thirty (30) days to respond to discovery requests. Fed. R. Civ. P. 33(b)(2) & 34(b)(2)(A). Here, Plaintiff claims that he was denied medical care while he was incarcerated in the Hempstead County Detention Center. To properly defend against Plaintiff's claims, Defendants are entitled to copies of Plaintiff's medical records that relate to his alleged injuries and medical condition.

Accordingly, Defendants' Motion to Compel (ECF No. 10) is **GRANTED.** Plaintiff is **DIRECTED** to provide Defendants with the required responses to the discovery requests,

1

including an executed medical authorization, **by 5:00 p.m. on Thursday, November 15, 2018. Plaintiff is advised that failure to comply with this Order shall result in the dismissal of this case.**

IT IS SO ORDERED this 1st day of November 2018.

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE